IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAVERNE L. NOTTOM,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-453-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered reversing Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and remanding the case to the Commissioner for further proceedings.

_____      NOV 1 9 2009
Peter Oppeneer, Clerk of Court             Date